UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**FILED IN CHAMBERS**
U.S.D.C. - Atlanta

JUN 3 0 2015

By: _____ Clerk

Deputy Clerk

JACQUELYN DAVIS

   Plaintiff,

v.

THE UNITED STATES OF AMERICA

   Defendant.

CIVIL ACTION NO.
1:11-CV-1211-ODE

## ORDER

  The Court having been advised by counsel for the parties that the above entitled action has been settled, this action is ADMINISTRATIVELY CLOSED subject to the right, upon good cause shown within ONE HUNDRED TWENTY (120) DAYS, to reopen the action if required in the interests of justice.

  SO ORDERED, this ⟨3o⟩ day of June, 2015.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE